## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Clay Kaminsky          DATE: March 14, 2026

DOCKET NUMBER: 26 MJ 54          LOG#: 13:25 – 14:27

DEFENDANT'S NAME: Joshua Abraham Nass
✓ Present    ___ Not Present    ___ Custody    ___ Bail

DEFENSE COUNSEL: Zach Intrater
___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A.: Victor Zapana, Tanya Hajjar   Kamil Ammari, Anna Karamigios   CLERK: Pretrial Services officer Tara Sarnelli

INTERPRETER: N/A    (Language) N/A

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ✓ Defendant's first appearance.

✓ Bond set at $5 million. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

✓ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by ___

___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 03/14/2026 Stop 04/13/2026

✓ Rule 5f warnings given to the govt.    ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for ___ @ ___ before Judge ___

Other Rulings: Confession of judgement to be filed by 3/20/2026 for New York properties. South Carolina properties to be secured by 03/27/2026.