

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 9, 2026

**<u>VIA ECF</u>**

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, NY 11201

      **Re:**    *United States v. Joshua Nass*, **26-mj-54**

Dear Judge Kuo:

We represent defendant Joshua Nass in the above-captioned case. We write to respectfully request a further one-week extension of the deadline to perfect the liens securing Mr. Nass' $5 million bond, until Friday April 17, 2026. Mr. Nass' bond requires liens placed on several properties, some of which are in Charleston, South Carolina.

We have perfected the liens on the properties in New York, and are in the process of perfecting the liens on the properties in South Carolina. We are simultaneously conferring with the government regarding a potential bond modification impacting the liens required on the South Carolina properties. To ensure we have sufficient time to perfect the liens in South Carolina, and complete further negotiations with the government on questions of the bond, we respectfully request an extension on the deadline to perfect the property liens until April 17, 2026. Mr. Nass is in compliance with the remaining terms of his bond.

We have conferred with counsel for the government, who consent to this request.

      Respectfully submitted,

        /s/ IH

      Ilana Haramati

      *Counsel for Defendant Joshua Nass*

cc:    Counsel of Record (*via ECF*)

ORDER. Defendant Nass's request for a bond modification is GRANTED, *nunc pro tunc*, on consent. The liens securing the bond are to be perfected by April 17, 2026. SO ORDERED.

Brooklyn, New York
April 15, 2026

          *Taryn A. Merkl*
          Taryn A. Merkl, U.S.M.J., EDNY